**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00749-CV

### WAL-MART STORES TEXAS, LLC, Appellant

### V.

### DAWN BISHOP, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00763**

## ORDER

Before the Court is appellee's December 29, 2016 second unopposed motion to extend time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by January 29, 2017. We caution appellee that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
        JUSTICE